**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA**

SHEILA D. HARDMAN,

                Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner, Social Security
Administration,

                Defendant.

Case No. 09-CV-768-FHM

## OPINION AND ORDER

The Motion for Relief Pursuant to Fed. R. Civ. P. 60(b)(6) filed by Plaintiff's counsel,

[Dkt. 24] is before the court for decision.  The Motion for Relief Pursuant to Fed. R. Civ. P.

60(b)(6) is GRANTED.

The court remanded this case to the Commissioner for further administrative action,

pursuant to sentence four of 42 U.S.C. § 406(g).   On remand the Commissioner issued

a fully favorable decision dated May 26, 2011.  Counsel's motion for relief under Rule

60(b)(6) was filed within two months after the issuance of the decision.  Counsel represents

that, as of the date of filing the instant motion, the Notice of Award containing the amount

of past due benefits has not been received.  Consequently, the amount of the contingent

attorney fee cannot be ascertained.  Counsel requests an order allowing the filing of the

motion for 406(b) fees within sixty days of receipt of the Notice of Award.  The motion

represents that the Commissioner objects to the motion, however no objection has been

filed and the time for filing such an objection has expired.

A motion for an attorney fee award under §406(b), together with the required notice to Plaintiff and statement concerning any objection thereto, may be filed within 60 days of the Notice of Award.

SO ORDERED this 1st day of September, 2011.


_Frank H. McCarthy_

FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE